| Week End | Delivery Rate | Driving Hours | Tips | Reimbursement | Base Pay | Deliveries per hour | Miles per delivery | Miles per week | IRS Rate | Vehicle Expenses per week | Effective Hourly Rate | Wages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 7/15/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 7/22/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 7/29/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 8/5/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 8/12/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 8/19/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 8/26/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 9/2/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 9/9/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 9/16/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 9/23/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 9/30/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 10/7/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 10/14/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 10/21/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 10/28/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 11/4/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 11/11/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 11/18/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 11/25/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 12/2/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 12/9/2020 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 12/10/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 12/11/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| 12/12/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 14 | 784 | $0.56 | $439.04 | ($15.78) | $322.42 |
| | | | | | | | | | | | | $8,382.92 |