| Week End | Delivery Rate | Driving Hours | Tips | Reimbursement | Base Pay | Deliveries per hour | Miles per delivery | Miles per week | IRS Rate | Vehicle Expenses per week | Effective Hourly Rate | Wages Owed | Damages with Liquidation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 07/15/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 07/22/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 07/29/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 08/05/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 08/12/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 08/19/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 08/26/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 09/02/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 09/09/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 09/16/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 09/23/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 09/30/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 10/07/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 10/14/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 10/21/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 10/28/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 11/04/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 11/11/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 11/18/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 11/25/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 12/02/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 12/09/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 12/16/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 12/23/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
| 12/30/20 | $4.00 | 14 | $80.00 | $82.14 | $218.14 | 4 | 7 | 392 | $0.575 | $225.40 | ($0.52) | $108.78 | $217.56 |
|  |  |  |  |  |  |  |  |  |  |  |  | $2,828.28 | **$5,656.56** |