IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH DEBIASI, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-294 (MTT) |
| | * |
| CARDINAL PIZZA, LLC, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 24, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff, and default judgment is entered against Cardinal Pizza totaling $11,370.50 plus post-judgment interest rate of 4.79%.

This 25th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk