# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOSEPH DEBIASI, <br>     Plaintiffs <br><br> v. <br><br> CARDINAL PIZZA, LLC, <br>     Defendants, and <br><br> TRUIST BANK. <br>     Garnishee. | CIVIL ACTION FILE <br> NO. 5:22-cv-294-MTT |

## AFFIDAVIT OF GARNISHMENT

1. Garnishee is a financial institution.

2. Personally appeared, Josh Sanford, attorney for Plaintiff, who on oath says:

    a. I am the Attorney at Law for the Plaintiff.

    b. The Plaintiff obtained a judgment against Defendant in Case No. 5:22-cv-294-MTT in the United States District Court for the Middle District of Georgia, and no agreement requires forbearance from the garnishment which is applied for currently.

    c. $11,551.05 is the balance due, which consists of the sum of $5,656.56 Principal, $180.55 Post Judgment Interest, and $5,713.94 Attorney's fees and costs.

d. Upon the Affiant's personal knowledge or belief, the sum herein is unpaid as of this 23rd day of May 2024.

e. I believe that Garnishee Truist Bank is indebted to Defendant or has in its possession, custody or control of property belonging to Defendant or in which it has an interest.

f. The last known address of the Defendant is 1909 N. Columbia St, Milledgeville, Georgia 31061.

g. I request that a summons be issued upon the Garnishee.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 23rd day of May, 2024.

*/s/ Josh Sanford*
**JOSH SANFORD**