IN THE UNITED STATES DISTRICT  
COURT MIDDLE DISTRICT OF GEORGE  
MACON DIVISION

Case No. 5:22-cv-294-MTT

FILED '24 06 11 AM 09:54 MDGA-MAC

Joseph Debiasi  
    Plaintiff(s),

**ANSWER TO GARNSIMENT**

vs.  
Cardinal Pizza LLC  
    Defendant(s),

    **NOW COMES TRUIST BANK** (the "Bank"), third party in the above-referenced legal notice dated June 6, 2024 and answers the notice as follows:

☐    At the time the notice was served upon the Bank, or at any time since then until the date of this Answer, the Bank was and is indebted to the Defendants in the amounts listed below:

☒    The Bank has no knowledge, information or belief that any other person is indebted to the Defendants or has any property of the Defendants in his possession. Truist responds to this order that there are no open accounts for the defendant(s) as listed.

This the 7TH day of JUNE, 2024.

                                           Brittany Bailey  
                                           (910) 272-4247

    Brittany Bailey, being first duly sworn, deposes and says:

    That he/she is a Deposit Operations Payment Specialist of Truist Bank and he/she has read the foregoing Answer and that the same is true and correct based upon his/her review of Truist Bank records; except as to those matters therein alleged on information and belief and as to those he/she believes them to be true.

SWORN TO AND SUBSCRIBED BEFORE ME

This the 7 Day of JUNE, 2024.

_____  
Notary Public

My Commission Expires: _____

Seal-Stamp:

> **MARISSA A BUNGERT**  
> Notary Public  
> Bladen Co., North Carolina  
> My Commission Expires Nov. 28, 2026