**TRUIST**

Garnishment - Levy
PO Box 1489
Lumberton, NC 28359



CERTIFIED MAIL

9414 8112 0620 4715 7285 94

$7.36
US POSTAGE
FIRST-CLASS
FROM 28358
06/24/2024
stamps
endicia

FILED '24 06 27 AM09:21 MDGA-MAC

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
PO Box 128
MACON GA 31202-0128

31202·0128 B002